IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:23-CV-0179-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ALLEN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion to continue the stay of proceedings in this case. See ECF No. 49.

On February 7, 2024, the Court issued an order referring this case to the Court's Early Alternative Dispute Resolution program and staying proceedings for 120 days. See ECF No. 32. A settlement conference has been set for August 7, 2024, before Hon. Jeremy Peterson. See ECF No. 38 (minutes). Good cause appearing therefor, Defendant's motion will be granted, and the stay of proceedings will be extended through August 7, 2024.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to continue the state of proceedings, ECF No. 49, is GRANTED.

2. The stay of proceedings imposed in this case on February 7, 2024, is continued through August 7, 2024.

Dated:  June 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE