IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN, et al.,<br><br>　　　　Defendants. | No. 2:23-CV-0179-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motion to reassign the matter to a different settlement judge, ECF No. 66; and (2) Plaintiff's motion for additional time to submit additional settlement conference documentation, ECF No. 60.

To the extent Plaintiff's motions relate to a settlement conference which was held before Hon. Jeremy D. Peterson on October 22, 2024, at which time the case did not settle, Plaintiff's motions are now moot. To the extent Plaintiff's motion for assignment to a different settlement judge, Plaintiff's motion will be denied without prejudice to the parties jointly seeking a second judicial settlement conference.

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions, ECF Nos. 60
and 66, are denied.

Dated: February 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE