1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CARL FOUST,                              No.  2:23-CV-0179-DAD-DMC-P

12                    Plaintiff,

13          v.                                ORDER

14   I. PEREZ, et al.,

15                    Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion entitled "Request for Caption."

19   See ECF No. 51.

20          In this filing, Plaintiff sets forth new allegations regarding his health care and

21   claims that numerous prison transfers over the years have hampered his ability to obtain adequate

22   health care, in violation of the Eighth Amendment.[1]  See id.  Plaintiff does not otherwise request

23   any specific relief from the Court.  Because Plaintiff has not requested any specific relief,

24   Plaintiff's motion will be disregarded.

25   / / /

26   / / /

27   _____

28       [1]    These new allegations are unrelated to Plaintiff's claims in this case, which arise from alleged use of excessive force.

                                          1

1   Accordingly, IT IS HEREBY ORDERED as follows:

2          1.      Plaintiff's "Request for Caption," ECF No. 51, is disregarded.

3          2.      The Clerk of the Court is directed to terminate ECF No. 51 as a pending

4   motion.

5

6   Dated:  February 24, 2025

7   _____
    DENNIS M. COTA
8   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28