IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:23-CV-0179-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| I. PEREZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's March 3, 2025, findings and recommendations. See ECF No. 91. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to separation from his legal materials, incident to a recent prison transfer, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    1. Plaintiff's motion for an extension of time, ECF No. 91, is granted.

3    2. The parties may file objections to the March 3, 2025, findings and recommendations within 20 days of the date of this order.

Dated: March 27, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2