IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No.  2:23-CV-0179-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| I. PEREZ, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to vacate the dispositive motion filing deadline pending resolution of their motion to revoke Plaintiff's in forma pauperis status. See ECF No. 14.  Good cause appearing therefor, Defendants' motion will be granted.  Discovery is closed.  The dispositive motion filing deadline is vacated.  Defendants' motion to revoke Plaintiff's in forma pauperis status will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated:  April 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1