**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL FOUST,<br>Plaintiff,<br>v.<br>I. PEREZ, et al.,<br>Defendants. | No. 2:23-CV-0179-DAD-DMC-P<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have filed a stipulation of voluntary dismissal. See ECF No. 122. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed with prejudice on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and close this file.

IT IS SO ORDERED.

Dated: July 10, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE